### WYNN v. STICHER.

EVANS, P. J.  The general grounds of the motion for new trial were abandoned.  The charge of the court clearly presented the issues, and none of the excerpts therefrom, when considered in connection with the entire charge, are subject to the criticism made against them.

*Judgment affirmed.  All the Justices concur.*

MAY 1, 1917.

Equitable petition.  Before Judge Freeman.  Carroll superior court.  June 23, 1916.

*Raymond Robinson* and *C. E. Roop,* for plaintiff in error.

*Buford Boykin, Eugene Spradlin,* and *J. O. Newell,* contra.

---

### LASSETER v. ÆTNA LIFE INSURANCE COMPANY.

BECK, J.  Under the record and evidence in this case there was no error in refusing the grant of a new trial.

*Judgment affirmed.  All the Justices concur.*

MAY 1, 1917.

Equitable petition.  Before Judge Freeman.  Carroll superior court.  July 25, 1916.

*King & Spalding* and *S. Holderness,* for plaintiff.

*Bryan, Jordan & Middlebrooks, Boykin & Robinson,* and *W. R. Tichenor,* for defendant.